SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

H. H. (SHASHI) KEWALRAMANI (TXSBN 00796879)
Assistant United States Attorney

1301 Clay Street, Suite 340S
Oakland, CA, 94612
Telephone: (510) 637-3717
Facsimile: (510) 637-3724
E-mail: shashi.kewalramani@usdoj.gov

Attorneys for Plaintiff

**FILED**

APR 1 9 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-00720 WDB |
| Plaintiff, ) | |
| v. ) | NOTICE OF DISMISSAL |
| GAYLEN R. HARRISON, ) | |
| Defendant. ) | |

In light of defendant's successful completion of the diversion program, with leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above information without prejudice.

DATED:                                     Respectfully submitted,

                                           SCOTT N. SCHOOLS
                                           United States Attorney

                                           /s/
                                           W. DOUGLAS SPRAGUE
                                           Chief, Oakland Branch Office

cc: WDB's Stats, Copy to parties via ECF
NOTICE OF DISMISSAL (CR 05-00720 WDB)    Pretrial, Marshal

1  Leave of Court is granted to the government to dismiss the information.

3  Date: 4-19-07

Hon. Wayne D. Brazil
United States Magistrate Judge

NOTICE OF DISMISSAL (CR 05-00720 WDB)

2